## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Lorenzo I. Alvarez, (M16839), | ) | |
| | ) | |
|     *Petitioner*, | ) | |
| | ) | |
|     v. | ) | Case No: 15 C 50138 |
| | ) | |
| Patrick J. Delfino, et al., | ) | |
| | ) | |
|     *Respondents*. | ) | Judge Frederick J. Kapala |

### ORDER

Petitioner must either pay the $5.00 filing fee or file a petition for leave to proceed in forma pauperis by 8/14/2015. The Clerk is directed to send Petitioner an application to proceed in forma pauperis. If Petitioner fails to comply by 8/14/2015, the Court will summarily dismiss this action. Named Respondents Patrick J. Delfino and Joseph H. McMahon are terminated. On the Court's own motion, Petitioner's present custodian, Tarry Williams, Warden, Stateville Correctional Center, is added as Respondent. The Clerk is instructed to alter the case caption to Alvarez v. Williams.

### STATEMENT

      Petitioner Lorenzo I. Alvarez, a prisoner confined at the Stateville Correctional Center, brings this *pro se* habeas corpus petition under 28 U.S.C. § 2254 challenging his 2011 murder conviction from the Circuit Court of Sixteenth Judicial Circuit, Kane County, Illinois.[1] Although the Clerk has accepted this *pro se* petition for a writ of habeas corpus for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, Petitioner has neither paid the $5.00 filing fee nor filed a petition for leave to proceed *in forma pauperis*. If Petitioner wishes to proceed with this action, he must either pay the $5.00 filing fee or, in the alternative, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account. The clerk is directed to send Petitioner an *in forma pauperis* application. If Petitioner fails either to pay the filing fee or file a fully completed application to proceed without prepayment of costs and fees by August 14, 2015, the Court will summarily dismiss this action.

      Named Respondents Patrick J. Delfino and Joseph H. McMahon are terminated. On the Court's own motion, Petitioner's present custodian, Tarry Williams, Warden, Stateville Correctional

---

[1] This petition challenges Petitioner's conviction in Kane County case number 07 CF 1167. Petitioner has a second unrelated murder conviction from Kane County case number 07 C 889. Petitioner is challenging that conviction in a separate habeas corpus proceeding presently pending before Judge Durkin. *Alvarez v. Williams*, No. 15 C 1625 (N.D. Ill.).

Center, is added as Respondent. Fed. R. Civ. P. 25(d); *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).

Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, Petitioner must send an exact copy of any filing to Chief, Criminal Appeals Division, Office of the Attorney General, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. The original paper filed with the Prisoner Correspondent must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the Judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to the Petitioner.

Date: 7/17/2015               ENTER:

_____
FREDERICK J. KAPALA

District Judge